```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

KENNY O'NEAL SMITH            *           CIVIL ACTION

VERSUS                        *           NO: 05-4769

ECKSTEIN MARINE SERVICE,      *           SECTION: "D"(3)
L.L.C.

### ORDER AND REASONS

Before the court is the **"Motion for Partial Summary Judgment"** filed by Defendant, Eckstein Marine Services, L.L.C., who moves for dismissal of Plaintiff's unseaworthiness and Jones Act negligence claims.  Plaintiff, Kenny O'Neal Smith, filed a memorandum in opposition.  The motion, set for hearing on Wednesday, June 6, 2007, is before the court on briefs, without oral argument.

Now, having considered the memoranda of counsel, the record, and the applicable law, the court finds that there are genuine issues of material fact regarding the Defendant's alleged Jones Act negligence and regarding the alleged unseaworthiness of the M/V SAINTE MARIE.  Accordingly;

**IT IS ORDERED** that Defendant's **"Motion for Partial Summary Judgment"** be and is hereby **DENIED.**

New Orleans, Louisiana, this **31st** day of **May**, **2007**.

```
                    _____
                           A.J. McNAMARA
                    UNITED STATES DISTRICT JUDGE
```